JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ERROL KLEIN,<br><br>  Petitioner,<br><br>  v.<br><br>DAVID HOLBROOK,<br><br>  Respondent. | Case No. 2:22-cv-01236-AB-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  September 06, 2023

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE